IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:11-cv-911 |
| § | |
| FIRST CASH FINANCIAL SERVICES, § | |
| INC. a/k/a FIRST CASH, LTD. and § | |
| RICK L. WESSEL, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON to be heard the above entitled and numbered cause, wherein MARK WHITE, is the Plaintiff; and FIRST CASH FINANCIAL SERVICES, INC., a/k/a FIRST CASH, LTD., and RICK L. WESSEL are the Defendants. All parties appeared by their respective attorneys of record and announced that (1) all matters in controversy have been fully settled and compromised; (2) that Plaintiff MARK WHITE, no longer desires to prosecute his suit against Defendants, and (3) a release in full has been executed by Plaintiff herein, releasing Defendants of and from any and all liability herein to Plaintiff. The parties thereupon requested the Court enter judgment that Plaintiff take nothing by reason of this suit and that costs of Court be taxed against the party incurring same. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff MARK WHITE take nothing by reason of this suit; the causes of action against Defendants FIRST CASH FINANCIAL SERVICES, INC., a/k/a FIRST CASH, LTD., and RICK L. WESSEL are hereby dismissed with prejudice; and Defendants stand fully released, discharged, and acquitted.

ORDERED, ADJUDGED, and DECREED that, by agreement between the parties, the taxable court costs shall be borne by the party incurring same. It is further

ORDERED, ADJUDGED and DECREED that this Order shall constitute the Final Judgment of this matter. All relief not expressly granted is hereby denied.

SIGNED this the 23rd day of JUNE, 2011.

_____
JUDGE PRESIDING

**APPROVED AND AGREED:**

WEISBERG & MEYERS, L.L.C.

By: _____
Dennis R. Kurz
Two Allen Center
1200 Smith Street
Houston, Texas 77002
Telephone: (888) 595-9111 ext. 412
Facsimile: (866) 842-3303

ATTORNEY FOR PLAINTIFF,
MARK WHITE

COATS, ROSE, YALE, RYMAN & LEE, P.C.

By: _____
Patrick E. Gaas
State Bar No. 07562790
Patricia M. Rosendahl
State Bar No. 17276200
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

ATTORNEYS FOR DEFENDANTS,